UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RDW Group, Inc.,
Plaintiff

v. CA No. 04-43T

Bess Eaton Coffee &
Bake Shop, et al.,
Defendants

**ORDER OF DISMISSAL**

On March 15th, 2005 this Court issued an order directing the plaintiff to show cause, on or before April 12th, 2005, why this case should not be dismissed for lack of prosecution. The Court, having received no response from the Plaintiff to the Show Cause Order, hereby dismisses the matter without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: ~~April~~ June 7, 2005